People v Williams (2023 NY Slip Op 50597(U))

[*1]

People v Williams (Darnell)

2023 NY Slip Op 50597(U)

Decided on June 21, 2023

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 21, 2023
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., Michael, James, JJ.

571057/15

The People of the State of New York, Respondent,
against
Darnell Williams, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Gilbert C. Hong, J.), rendered September 28, 2015, after a jury trial, convicting him of driving while impaired by alcohol, and imposing sentence.

Per Curiam.
Judgment of conviction (Gilbert C. Hong, J.), rendered September 28, 2015, affirmed.
The verdict convicting defendant of driving while ability impaired (see Vehicle and Traffic Law § 1192[1]) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations, including its rejection of defendant's version of events. The officer's testimony demonstrated that defendant was swerving between lanes "at a high rate of speed," and upon being stopped, had bloodshot and watery eyes, slurred speech and an unsteady gait. A videotape showed defendant's unsatisfactory performance of physical coordination tests, and the Intoxilyzer breath test device administered at the precinct measured defendant's blood alcohol content at .09 percent (see Vehicle and Traffic Law § 1195[2][c]; People v Cruz, 48 NY2d 419, 426-427 [1979], appeal dismissed 446 US 901 [1980]; People v Taylor, 104 AD3d 603 [2013], lv denied 21 NY3d 947 [2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 21, 2023